KENNETH· J. ECKERT, Respondent, *v.* ELMHURST CONTRACTING COMPANY, INC., Appellant.

Supreme Court, Appellate Term, First Department, December 21, 1945.

See headnote, 185 Misc. 108.

*Richard P. Charles* for appellant.

*Samuel D. Smoleff* for respondent.

Judgment affirmed, with costs, and $100 awarded for attorney's fees on appeal.

Concur: HAMMER, McLAUGHLIN and EDER, JJ.